No. 74–1061. ANDERSON, WARDEN, ET AL. *v.* RADCLIFF ET AL. C. A. 10th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1148. DeCOTEAU, NATURAL MOTHER AND NEXT FRIEND OF FEATHER ET AL. *v.* DISTRICT COUNTY COURT FOR THE TENTH JUDICIAL DISTRICT, 420 U. S. 425;

No. 73–1500. ERICKSON, WARDEN *v.* UNITED STATES EX REL. FEATHER ET AL., 420 U. S. 425; and

No. 74–5776. FAHRIG ET AL. *v.* COTTERMAN ET AL., 420 U. S. 915. Petitions for rehearing denied.

No. 74–875. BURTON ET AL. *v.* WALLER, GOVERNOR OF MISSISSIPPI, ET AL., 420 U. S. 964. Motion of Members of the Board of Trustees of the Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted. Petition for rehearing denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL dissent from the denial of this petition.